# ELECTRONIC RECORD

COA # 07-14-00118-CR        OFFENSE: 1

STYLE: Travon La Shae Ginn v. The State of Texas        COUNTY: Potter

COA DISPOSITION: AFFIRMED        TRIAL COURT: 108th District Court

DATE: 03/31/2015        Publish: NO    TC CASE #: 66,042-E

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Travon La Shae Ginn v. The State of Texas        CCA #: 498-15

_____ PRO SE _____ Petition        CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:        DATE: _____

_____ REFUSED _____        JUDGE: _____

DATE: 10/07/2015        SIGNED: _____        PC: _____

JUDGE: _____        PUBLISH: _____        DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD